### BENTLEY *v.* BELL.

SIMMONS, C. J. No error of law was complained of, and the evidence was sufficient to warrant the verdict. The trial judge, therefore, did not abuse his discretion in refusing a new trial.

*Judgment affirmed. All the Justices concurring, except Fish, J., absent.*

Submitted December 3,—Decided December 20, 1900.

Trover. Before Judge Littlejohn. Sumter superior court. May term, 1900.

*J. R. Williams,* for plaintiff in error. *J. B. Hudson,* contra.